**Russell J. Gettemy**
2214 Fernley Ave.
Sacramento, CA  95815
702.980.5663
RussellGettemy@aol.com

*Pro Se Plaintiff*

**Yu | Mohandesi LLP**
**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Charlotte K. Tang** (SBN 207453)
213.394.2457 | ctang@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA  90071
213.377.5501 Facsimile

*Attorneys for Defendant*
*LVNV Funding LLC*

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL J. GETTEMY, | Case No.:  2:23-cv-01948-DAD-CKD |
| Plaintiff, | |
| v. | **STIPULATION TO SET ASIDE DEFAULT AND ORDER** |
| LVNV FUNDING, LLC; NCB MANAGEMENT SERVICES, INC.; OMEGA RMS, LLC; TBF FINANCIAL LLC; and TRANS UNION, LLC, | |
| Defendants. | |

**STIPULATION**

It is hereby stipulated by and between Plaintiff Russell J. Gettemy ("Plaintiff"), representing himself *pro se* in this case, and Defendant LVNV Funding LLC ("LVNV"), represented by the law firm of Yu Mohandesi LLP, that the Clerk's entry of default against LVNV (Docket No. 15) be set aside, that LVNV agrees to accept service of the Summons and Complaint through LVNV's attorneys (law firm of Yu Mohandesi LLP) and that LVNV will have until November 22, 2023 to file its responsive pleading.  This provides LVNV with a reasonable time to respond to Plaintiff's Complaint and for the parties to explore informal resolution of this matter.

**IT IS SO STIPULATED.**

DATED:  November ___, 2023          **RUSSSEL J. GETTEMY[1]**

_____
Russell J. Gettemy
Pro Se Plaintiff

DATED:  November ___, 2023          **YU | MOHANDESI LLP**

_____
B. Ben Mohandesi
Charlotte K. Tang
Attorneys for Defendant
LVNV Funding LLC

---

[1] See parties' signatures at ECF No. 16.

— 1 —

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1

**<u>ORDER</u>**

2

As the parties have so stipulated and good cause appearing, the default entered against

3

defendant LVNV Funding LLC ("LVNV") is hereby set aside.  LVNV has until November 22,

4

2023 to file a responsive pleading.

5

**IT IS SO ORDERED.**

6

Dated:  November 6, 2023

7

8

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

— 2 —

STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER