UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL J. GETTEMY, | ) Case No. 2:23-CV-01948-DAD-CKD |
| Plaintiff, | ) **ORDER TO SET ASIDE DEFAULT OF OMEGA RMS, LLC** |
| vs. | ) |
| LVNV FUNDING, LLC; NCB MANAGEMENT SERVICES, INC.; OMEGA RMS, LLC; TBF FINANCIAL LLC; and TRANS UNION, LLC, | ) |
| Defendant. | ) |

**ORDER**

As the parties have so stipulated and good cause appearing, the default entered against OMEGA RMS, LLC ("OR") is hereby set aside. OMEGA RMS, LLC has until November 28, 2023 to file a responsive pleading. See ECF No. 19.

**IT IS SO ORDERED.**

Dated: November 8, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE