UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. GETTEMY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LVNV FUNDING, LLC, NCB MANAGEMENT SERVICES, INC., OMEGA RMS, LLC, TBF FINANCIAL I LLC, and TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01948 DAD-CKD<br><br>Assigned to Hon. Dale A. Drozd<br><br>ORDER GRANTING PLAINTIFF AND DEFENDANT NCB MANAGEMENT SERVICES, INC.'S JOINT REQUEST TO SEAL DOCUMENTS |

　　　　This matter is before the Court on a request by Plaintiff, Russell J. Gettemy ("Plaintiff"), and Defendant, NCB Management Services, Inc. ("NCB"), to file certain documents under seal pursuant to Local Rule 141. More specifically, Plaintiff and NCB request that certain portions of all papers supporting and opposing NCB's Motion to Enforce Settlement Agreement be submitted under seal in part, by redaction of all references to the $ dollar amount of settlement payments proposed and which NCB contends were eventually agreed upon by and between NCB and Plaintiff.

In addition to the Notice of Joint Request to Seal, which is publicly filed on the Court's docket, Plaintiff and NCB have also separately provided the Court with the documents which NCB seeks to file under seal, constituting (1) NCB's Motion to Enforce Settlement Agreement, (2) Declaration of Kenneth Ohashi in support of NCB's Motion to Enforce Settlement Agreement, and (3) Exhibits to the aforementioned Declaration.

Having reviewed the Notice of Joint Request to Seal Documents, Joint Request to Seal Documents, and the documents covered by the Joint Request, and finding Good Cause supporting the Joint Request, the Court hereby orders:

1. The Joint Request to Seal Documents (ECF No. 42) is GRANTED;
2. The $ dollar amounts referenced below shall be redacted:

### Memorandum of Points and Authorities in support of NCB's Motion to Enforce Settlement

| | | | | |
|---|---|---|---|---|
| P. 1: Ln. 23. | P. 2: Ln. 5-7, 16-18, 21-22. | P. 3: Ln. 4-6, 12-20, 24-28. | P. 4: Ln. 1, 3, 6, 8-9, 11. | P. 5: Ln. 1. |
| P. 7: Ln. 27. | P. 8: Ln. 19-21, 25. | P. 9: Ln. 6-8, 12, 14, 16-17. | P. 10: Ln. 28 (fn 3). | P. 11: Ln. 13, 18. |
| P. 12: Ln. 14. | | | | |

### Declaration of Kenneth Ohashi In support of NCB's Motion to Enforce Settlement

| | | | | |
|---|---|---|---|---|
| P. 2: Ln. 12 | P. 3: Ln. 1-3, 9, 11, 13, 18, 20. | P. 4: Ln. 3-5, 12, 14-16, 19-20, 25, 27. | P. 5: Ln. 1-2, 4, 12-13, 16. | P. 6: Ln. 8. |
| P. 7: Ln. 20. | | | | |

### Exhibits to Declaration of Kenneth Ohashi in support of NCB's Motion to Enforce Settlement

| | | | | |
|---|---|---|---|---|
| Ex. A: Pg. 1-2. | Ex. B: Pg. 1. | Ex. C: Pg. 1. | Ex. D: Pg. 1. | Ex. E: Pg. 1, 3 |
| Ex. F: Pg. | Ex. G: Pg. | Ex. H: Pg. | Ex. I: Pg. | Ex. J: Pg. |
| Ex. K: Pg. | Ex. L: Pg. | Ex. M: Pg. | Ex. N: Pg. | Ex. O: Pg. |
| Ex. P: Pg. | Ex. Q: Pg. | | | |

3. All Opposition and Reply papers shall be filed under seal by redaction of all $ dollar amounts referenced those papers which are alleged to have been discussed or agreed-upon by and between Plaintiff and NCB, with unredacted copies of such papers lodged separately with the Court.

**IT IS SO ORDERED.**

Dated:  May 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE