UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. GETTEMY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LVNV FUNDING, LLC, NCB MANAGEMENT SERVICES, INC., OMEGA RMS, LLC, TBF FINANCIAL I LLC, and TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01948 DAD-CKD<br><br>Assigned to Hon. Dale A. Drozd<br><br>ORDER GRANTING DEFENDANT NCB MANAGEMENT SERVICES, INC.'S EX PARTE MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING RULING ON MOTION TO ENFORCE SETTLEMENT |

　　This matter is before the Court on an *ex parte* Motion by Defendant, NCB Management Services, Inc. ("NCB") for a Protective Order staying discovery between NCB and Plaintiff, Russell Gettemy ("Plaintiff"), pending the Court's ruling on NCB's separately pending Motion to Enforce Settlement Agreement ("Settlement Motion") currently set for hearing on June 18, 2024. NCB's Settlement Motion is currently the subject of NCB's Request to Seal, filed on May 3, 2024. Dkt. 42.

Having reviewed and considered NCB's Motion for *ex parte* relief, and finding Good Cause supporting NCB's Motion, the Court hereby orders:

1. NCB's Motion for Protective Order Staying Discovery (ECF No. 43) is GRANTED;

2. Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents, served via mail upon NCB on April 17, 2024, is stayed pending the Court's determination of NCB's Settlement Motion. Should the Court deny NCB's Settlement Motion, the stay on the discovery shall be lifted and NCB shall serve responses thereto 30 days after the Court's order.

3. All further written discovery and depositions are similarly stayed as between NCB and Plaintiff, pending the Court's determination of NCB's Settlement Motion.

**IT IS SO ORDERED.**

Dated:  May 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE