UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. GETTEMY, | No. 2:23-cv-01948-DAD-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| TRANS UNION LLC, et al., | |
| Defendants. | |

This pro se action proceeds on the First Amended Complaint (FAC, ECF No. 32) against five remaining defendants: Trans Union LLC, JP Morgan Chase Bank, US Bank, Equifax, and Experian.[1] Trans Union has filed an answer to the FAC (ECF No. 41), but there is currently no pretrial schedule in effect. Good cause appearing, the court will order the parties to file status reports and proposed pretrial dates, including discovery and dispositive motion deadlines. The parties are strongly encouraged to submit a joint proposal if possible. The parties need not propose deadlines beyond the dispositive motion deadline at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than thirty (30) days from the date of this order, the parties shall file reports

---

[1] Since the filing of the FAC, defendant NCB Management Services has been dismissed (ECF No. 51) and findings and recommendations have been issued recommending summary judgment for defendant Omega RMS LLC (ECF No. 55), now pending before the district judge.

1

on the status of this litigation and any pertinent issues, including whether a settlement conference would be beneficial at this time.

2. No later than thirty (30) days from the date of this order, the parties shall file proposed pretrial deadlines as described above.

Dated: May 14, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/gett1948.order

2