UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. GETTEMY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVNV FUNDING LLC, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-01948-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT OMEGA RMS LLC'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 52, 55) |

Plaintiff Russell J. Gettemy, proceeding *pro se*, initiated this civil action on September 11, 2023. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that the motion for summary judgment filed by defendant Omega RMS LLC ("defendant Omega") (Doc. No. 52) be granted. (Doc. No. 55.) Specifically, based on the evidence submitted by defendant Omega on summary judgment showing that plaintiff owed the debt at issue, the magistrate judge concluded that defendant Omega did not violate federal law in attempting to collect it. (*Id.* at 2.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2–3.) No objections have been filed, and the time in which to do so has now passed.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 18, 2025 (Doc. No. 55) are ADOPTED;
2. Defendant Omega RMS LLC's motion for summary judgment in its favor (Doc. No. 52) is GRANTED and judgment is entered in its favor; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **June 26, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE