UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. GETTEMY,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC, et al.,<br><br>    Defendants. | 2:23-cv-01948-DAD-CKD<br><br>ORDER TO SHOW CAUSE |

    Plaintiff is proceeding pro se and has paid the filing fee for this action, which was commenced on September 11, 2023 and proceeds on the First Amended Complaint (FAC) filed December 27, 2023. (ECF Nos. 1, 32.) On April 3, 2024, the district judge ordered plaintiff to serve the FAC on four newly added defendants. (ECF No. 39.) On May 24, 2024, a summons was issued for the four new defendants (ECF No. 47), but plaintiff never filed a proof of service as to these defendants.

    Subsequently, defendant NCB Management Services, Inc. stipulated to dismissal with prejudice, and defendant Omega RMS LLC was granted summary judgment. (ECF Nos. 51 & 58.) On May 14, 2025, the undersigned ordered the remaining parties to file status reports and proposed pretrial deadlines. (ECF No. 56.) On June 13, 2025, TransUnion filed a status report and proposed deadlines, noting that plaintiff had not responded to an attempt meet and confer as to the status report. (ECF No. 57.)

1

As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 90 days after the filing of the complaint. The FAC was filed December 27, 2023, and plaintiff was ordered to serve it on four new defendants on April 23, 2024. Unless plaintiff can show good cause for failing to serve these defendants for more than a year, they are subject to dismissal, leaving only one remaining defendant, Trans Union.

In fact, plaintiff has not filed anything in this action for over a year. (See ECF Nos. 48 & 51.) He did not respond to one defendant's motion for summary judgment (see ECF No. 54) or meet and confer as to a joint status report and pretrial schedule. It appears that plaintiff has abandoned this litigation.

Good cause appearing, IT IS HEREBY ORDERED that, no later than fourteen (14) days from the date of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute. Failure to show cause will result in a recommendation that this action be dismissed.

Dated: July 10, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/gett1948.osc4m