UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. GETTEMY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION LLC, et al.,<br><br>　　　　Defendants. | 2:23-cv-01948-DAD-CKD (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed July 11, 2025, plaintiff was ordered to show cause, within 14 days, why this action should not be dismissed or failure to prosecute. (ECF No. 60.) The 14-day period has now expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for failure to prosecute. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

////

////

////

1

"Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/gett1948.f&rs

2