UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL J. GETTEMY,

Plaintiff,

v.

TRANS UNION LLC, et al.,

Defendants

No. 2:23-cv-01948-DAD-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE

(Doc. No. 61)

Plaintiff Russell J. Gettemy filed the complaint initiating this civil action on September 11, 2023, and is proceeding *pro se* in this civil action. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 11, 2025, the magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen (14) why this action should not be dismissed due to his failure to prosecute. (Doc. No. 60.) In that order the magistrate judge noted that on May 24, 2024, a summons had issued as to four new defendants named by plaintiff but that plaintiff had failed to file a proof pf service indicating service on these new defendants as ordered by the undersigned. (*Id.* at 1.) In addition, the magistrate judge observed that the only other remaining defendant in this action filed a status report on June 13, 2025, reporting that plaintiff had not responded to their efforts to meet and confer regarding the filing of that status report as ordered. (Id.) Finally, the magistrate judge noted that plaintiff had filed nothing with the court in this action for over a year.

(*Id.* at 2.) The order to show cause was served on plaintiff by mail directed to his address of record and warned that his failure to show cause would result in the dismissal of this action. (*Id.*) When plaintiff failed to respond to the order show cause in any way, on July 30 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed. (Doc. No. 61.)

The pending findings and recommendations were served on plaintiff by mail and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) That time has long since passed with no objections, or any other submission, being filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 30, 2025 (Doc. No. 61) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and abide by court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 12, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE